UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

## ORDER OF RECUSAL

The undersigned hereby *recuses* himself from the following actions. The Clerk is authorized and directed to reassign these case to other Magistrate Judges in the Northern District of New York:

*Kratz v. Village of Solvay, et al.*, 5:06-CV-446 (FJS/GJD)
*Trombley et al. v. Altec Industries, Inc.*, 5:06-CV-1174 (DHN/GJD)
*Trombley v. Niagara Mohawk Power Corp. et al.*, 5:06-CV-1469 (DNH/GJD)
*Chao v. Party Rental Enterprises, Inc. et al.*, 5:07-CV-449 (NAM/GJD)
*Bready et al. v. CSX Transportation, Inc. et al.*, 5:07-CV-826 (NAM/GJD)
*Harris et al. v. CSX Transportation, Inc. et al.*, 5:07-CV-827 (NAM/GJD)
*Pass & Seymour, Inc. v. General Protecht Grp.*, 5:07-CV-833 (DNH/GJD)
*Pass & Seymour, Inc. v. Hubbell Inc.*, 5:07-CV-945 (NAM/GJD)
*The Academy at Ivy Ridge, et al. v. Lexington Ins. Co.*, 7:07-CV-1104 (TJM/GJD)

**WHEREFORE**, it is hereby

**ORDERED**, that the Clerk enter this Order of Recusal for the undersigned in each of the above cases, and it is further

**ORDERED**, that the Clerk shall reassign the above cases to other Magistrate Judges in the Northern District of New York, and it is further

**ORDERED**, that the Clerk shall serve a copy of this Order on the parties in each case and the newly-assigned Magistrate Judges.

Dated: November 1, 2007

_____
Hon. Gustave J. DiBianco
U.S. Magistrate Judge